UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAQUITA AYLER, MANIRAH HARRIS, JASMINE GORDON,<br><br>Plaintiffs,<br><br>vs.<br><br>WOODBRIDGE CENTER MALL, ANTHONY VASTA, ADILSON VIERA, TOWNSHIP OF WOODBRIDGE, WOODBRIDGE POLICE DEPARTMENT, OFFICER D. BENIGNO, I.D. #511, OFFICER R. APTAKER, I.D. #414, et als.,<br><br>Defendants. | CIVIL ACTION NO.:<br>2:15-cv-03645-ES-JAD<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

This lawsuit having been resolved by and between the parties, it is now hereby stipulated and agreed that this case is dismissed, with prejudice, entire action.

By: _____
Cynthia H. Hardaway, Esq.

Attorneys for Plaintiffs
Shaquita Ayler, Manirah
Harris and Jasmine Gordon
17 Washington Street
1st Floor
Montclair, NJ 07042
Telephone: 973-725-4300

Dated: 4-11-2016

By: _____
James Scott Murphy, Esq.
Garrity Graham Murphy
Garofalo & Flinn

Attorneys for Defendants,
Woodbridge Center
Property, LLC, Anthony
Vasta and Adilson Viera
72 Eagle Rock Avenue
P.O. Box 438
East Hanover, NJ 07936
Telephone: 973-509-7500

Dated: 4-14-16

By: _____
Eric Lange, Esq.
James P. Nolan & Associates

Attorneys for Township of
Woodbridge, Woodbridge Police
Department and Sgt. Randy
Aptaker
61 Green Street
Woodbridge, NJ 07095
Telephone: 732-636-3344

Dated: 5-19-16

By: _____
Alan J. Baratz, Esq.
Weiner & Lesniak, LLP

Attorneys for Officer
Andrew Lyszyk
629 Parsippany Road
P.O. Box 0438
Parsippany, NJ 07054
Telephone: 973-403-1100

Dated: 4/21/16

By: _____
Lawrence Y. Bitterman, Esq.

Attorney for Officer Dennis Benigno
17 East Main Street
Clinton, NJ 08809
Telephone: 908-200-7202

Dated: 4/22/16

So Ordered
Esther Salas, USDJ
6/9/16